# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 15, 2024

Lyle W. Cayce
Clerk

————————

No. 23-40288
Summary Calendar

————————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

FREDDIE RUCKER,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:16-CR-19-1

———————————————————

Before SMITH, HIGGINSON, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:[*]

Freddie Rucker, federal prisoner # 20566-479, appeals the denial of his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). On appeal, Rucker argues that the district court failed to provide sufficient reasons for denying his motion. He also requests permission to file an out-of-time reply brief, which is GRANTED.

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-40288

We disagree with Rucker that the district court abused its discretion in denying his motion. *See United States v. Chambliss*, 948 F.3d 691, 693 (5th Cir. 2020). The district court stated that it had considered Rucker's arguments and the applicable policy statements, and determined that the 18 U.S.C. § 3553(a) sentencing factors did not warrant relief. Contrary to Rucker's argument, the district court was not obligated to provide further reasoning in support of its denial of his motion. *See Chavez-Meza v. United States*, 585 U.S. 109, 115-16 (2018); *United States v. Escajeda*, 58 F.4th 184, 188 (5th Cir. 2023). Additionally, we do not consider Rucker's argument, raised for the first time on appeal, that he is entitled to relief due to a recent amendment to U.S.S.G. § 4A1.1. *See United States v. Thompson*, 984 F.3d 431, 432 n.1 (5th Cir. 2021).

Accordingly, the judgment of the district court is AFFIRMED. *See Chambliss*, 948 F.3d at 693-94; *United States v. Jackson*, 27 F.4th 1088, 1093 n.8 (5th Cir. 2022).